UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

OTTO GARY NORMAND, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:13-CV-222-F
)
CHLOE ANN REYNOLDS, )
        Defendant, )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior US District Court Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court adopts the Memorandum and Recommendation. Accordingly, the plaintiff's Complaint is hereby DISMISSED without prejudice. All pending motions are denied as moot.

**This Judgment Filed and Entered on June 7, 2013, and Copies To:**

Otto Gary Normand (1327927, Maury Correctional Institution, P.O. Box 506, Maury, NC 28554)


DATE                                                          JULIE A. RICHARDS, CLERK
June 7, 2013                                     /s/ Macy B. Fisher
                                                                (By) Macy B. Fisher, Deputy Clerk